

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-26-00039-CV
_____

ELIAS BASSILE D/B/A LLF LAND COMPANY, Appellant

V.

BROWDER MEDIA LLC D/B/A SWIFT OUTDOOR ADVERTISING CO.
D/B/A SWIFT SIGNS, Appellee

On Appeal from the 414th District Court
McLennan County, Texas
Trial Court No. 2026-56-5

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Appellant, Elias Bassile d/b/a LLF Land Company, filed a notice of appeal from the trial court's temporary injunction signed on March 2, 2026.[1]  While this appeal was pending, the trial court entered a final judgment, granting a permanent injunction and dissolving the temporary injunction.  Under Rule 42.3(a) of the Texas Rules of Appellate Procedure, "on any party's motion—or on its own initiative," this Court may dismiss an appeal "for want of jurisdiction." TEX. R. APP. P. 42.3(a).  If a case becomes moot, the Court must dismiss the case for want of jurisdiction.  *Heckman v. Williamson Cnty.*, 369 S.W.3d 137, 162 (Tex. 2012).

When the trial court renders and signs a final judgment in a case while an appeal of its temporary injunction order is pending, the case on appeal becomes moot.  *Isuani v. Manske-Sheffield Radiology Grp., P.A.*, 802 S.W.2d 235, 236 (Tex. 1991) (per curiam).  We therefore dismiss this appeal for want of jurisdiction.  *See* TEX. R. APP. P. 43.2(f).


                                        Charles van Cleef
                                        Justice


Date Submitted:     May 5, 2026
Date Decided:       May 28, 2026

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).  We follow the precedent of the Tenth Court of Appeals in deciding the issues presented.  *See* TEX. R. APP. P. 41.3.